UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
                          )   CASE NUMBER __08MJ0334__
         vs               )
                          )   ABSTRACT OF ORDER
                          )
                          )   Booking No. _____
_Rene Yuna - Hernandez_   )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 3/6/08 _____
the Court entered the following order:

✓ _____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release
      and released from custody.

✓ _____ Defendant released on $ __5,000 P/S__ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
      _____ dismissing appeal filed.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case Dismissed.

_____ Defendant to be released to Pretrial Services for electronic monitoring.

✓ _____ Other. _Defendant is a material witness_

                                    UNITED STATES MAGISTRATE JUDGE
                                                 OR
Received _____    W. SAMUEL HAMRICK, JR.   Clerk
          DUSM                     by _____
                                                        Deputy Clerk

Crim-9   (Rev 6-95)                                ★ U.S. GPO: 1996-783-398/40151

CLERKS' COPY