1   KAREN P. HEWITT
    United States Attorney
2   CHRISTOPHER P. TENORIO
    Assistant U.S. Attorney
3   California State Bar No. 166022
    880 Front Street, Room 6293
4   San Diego, California 92101-8893
    Telephone: (619) 557-7843/(619) 557-7381 (Fax)
5   Email: Christopher.Tenorio@usdoj.gov

6   Attorneys for Plaintiff
    United States of America

7

8                   UNITED STATES DISTRICT COURT

9                 SOUTHERN DISTRICT OF CALIFORNIA

10  In Re:                          )   CASE NO. 08MJ0334
                                    )   HON. ANTHONY J. BATTAGLIA
11      MOISES GONZALEZ-AREOLA,     )   COURTROOM A
                                    )
12      RENE LUNA-HERNANDEZ,        )   **NOTICE OF APPEARANCE**
                                    )
13           Material Witnesses.    )
                                    )
14

15  TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

16      I, the undersigned attorney, enter my appearance as lead counsel

17  in the above-captioned case.  I certify that I am admitted to

18  practice in this court or authorized to practice under CivLR

19  83.3.c.3-4.

20      Please call me if you have any questions about this notice.

21      DATED:   June 12, 2008

22                                  Respectfully submitted,

23                                  KAREN P. HEWITT
                                    United States Attorney
24

25      s/ Christopher P. Tenorio
                                    CHRISTOPHER P. TENORIO
26                                  Assistant U.S. Attorney

27

28

1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10    In Re:                        )  CASE NO. 08MJ0334
                                    )
11        MOISES GONZALEZ-AREOLA,    )      **CERTIFICATE OF SERVICE**
                                    )
12        RENE LUNA-HERNANDEZ,       )
                                    )
13            Material Witnesses.   )
      _____)

14

15    IT IS HEREBY CERTIFIED THAT:

16        I, CHRISTOPHER P. TENORIO, am a citizen of the United States

17    and am at least eighteen years of age.  My business address is 880

18    Front Street, Room 6293, San Diego, California 92101-8893.

19        I am not a party to the above-entitled action.  I am not a

20    party to the above-entitled action.  I have caused service of

21    **NOTICE OF APPEARANCE** on parties of this matter by electronically

22    filing the foregoing with the Clerk of the District Court.

23        I declare under penalty of perjury that the foregoing is true

24    and correct.

25        Executed on June 12, 2008
                                    s/ Christopher P. Tenorio
26                                  CHRISTOPHER P. TENORIO
                                    Assistant U.S. Attorney

27

28

                                    2